IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JEFFERY FLUELLEN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | FILE NO:   4-11-cv-92  (CDL) |
| vs. | ) | |
| | ) | |
| UNITED RENTALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PETITION FOR REMOVAL

Petitioner United Rentals, Inc. hereby submits this Petition for Removal of the action herein referred to from the Superior Court of Muscogee County, Georgia, to the United States District Court for the Middle District of Georgia, Columbus Division, and respectfully shows to the Court the following:

1.

Petitioner herein is the Defendant in a civil action brought in the Superior Court of Muscogee County, Georgia, entitled Jeffery Fluellen v. United Rentals, Inc., Civil Action File No. SU11CV2233-74. Attached hereto and made a part hereof as an Exhibit is:

Exhibit "A" - a true copy of the original Complaint for Damages filed by Plaintiff in the Superior Court of Muscogee County, Georgia.

The attachment hereto, Exhibit "A", constitutes all of the pleadings which have been filed in the subject case in the said Superior Court of Muscogee County, Georgia.

2.

The aforementioned action was commenced by the filing of the Complaint on June 17, 2011. Petitioner was served in this matter on June 21, 2011.

3.

This Petition is filed within thirty (30) days after receipt by a Defendant, through service or otherwise, of a copy of a pleading, amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, pursuant to 28 U.S.C. §1446(b) and F.R.C.P. 6(a), and with the consent of all named Defendants.

4.

This Court has jurisdiction over this action pursuant to §1332 of Title 28 of the United States Code because there is complete diversity of citizenship between the Plaintiff and the Defendants and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

-------------------------------

[1] While no specific dollar amount is specifically alleged in the Complaint, he does specifically allege that he "received an electrical shock," "suffer[ed] painful and serious bodily injuries," and injury to "neck and spine." (Complaint ¶¶ 6, 9). It has been the experience of counsel for the Defnedant that when a party alleges electrical shock, and neck and spinal injuries, then, more often than not, an amount exceeding $75,000, exclusive of interest and costs, is in controversy. Thus, pursuant to *Pretka v. Kolter City Plaza*

5.

Upon information and belief, Petitioner shows that the controversy between the Plaintiff and Defendant is a controversy between a citizen and resident of the State of Georgia (Plaintiff) and a corporate Defendant that is not a citizen of the State of Georgia.

6.

Upon information and belief, Plaintiff was at the time of the commencement of this action and still is a citizen and resident of the State of Georgia. (Complaint ¶1).

7.

Petitioner was at the time of the commencement of this action and still is a corporation organized under the laws of the State of Delaware with a principal place of business in Connecticut.  In the interests of candor, Petitioner asserts that it is incorrectly named in this suit and, without admitting any liability, asserts that the name of the proper Defendant in this matter is United Rentals (North America), Inc.  That corporation is also one that is organized under the laws of the State of Delaware with a principal place of business in Connecticut.

---

*II, Inc.*, 608 F.3d 744, 770 (11th Cir. 2010), which allows the District Court to "draw on its judicial experience and common sense" in determining if a Complaint makes a plausible claim that satisfies the amount-in-controversy requirement, Defendant respectfully asserts that the claimed damages satisfy the amount-in-controversy requirement.

8.

The matter in controversy exceeds the value of $75,000.00, exclusive of interest and costs, and is a civil action brought in a Superior Court of the State of Georgia, of which the United States District Courts have original jurisdiction because of diversity of citizenship and the amount in controversy pursuant to 28 U.S.C. §1332.

9.

Based on the complete diversity that exists between the parties and the amount in controversy, the pending action is one that Petitioner is entitled to remove to this Court pursuant to 28 U.S.C. §§1332, 1446(b).

WHEREFORE, Petitioner prays that this Petition for Removal be filed and that said action be removed to and proceed in this Court and that no further proceedings be had in the said case in the Superior Court of Muscogee County, Georgia.

Respectfully submitted this $\underline{14^{th}}$ day of July, 2011,

HAWKINS PARNELL
THACKSTON & YOUNG, LLP

_____
Warner S. Fox
Georgia Bar No. 272654
C. Shane Keith
Georgia Bar No. 411317
Counsel for Defendant United
Rentals, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
(404) 614-7400

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| JEFFERY FLUELLEN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | FILE NO: _____ |
| vs. | ) | |
| | ) | |
| UNITED RENTALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STATE OF GEORGIA**
**COUNTY OF FULTON**

PERSONALLY APPEARED before me, the undersigned officer of said State and County, duly authorized to administer oaths, C. Shane Keith, who being first duly sworn, deposes and says on oath that he is an attorney for United Rentals, Inc. and United Rentals (North America), Inc., and that the contents and the statements and allegations contained in the within and foregoing Petition for Removal are true to the best of his knowledge and belief.

This 14th day of July, 2011.

_____
C. Shane Keith
Georgia Bar No. 411317

Sworn to and subscribed to
before me this 14th day of July, 2011.

_____
Notary Public
My Commission Expires:

*[Notary seal: DEBBIE ALLBRITTON, NOTARY PUBLIC, GEORGIA, DOUGLAS COUNTY, EXPIRES JUNE 19, 2012]*

Verification Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JEFFERY FLUELLEN,                    )      CIVIL ACTION
                                     )
                Plaintiff,           )      FILE NO:  _____
vs.                                  )
                                     )
UNITED RENTALS, INC.,                )
                                     )
                Defendant.           )

## AFFIDAVIT OF FILING OF NOTICE OF REMOVAL
## IN SUPERIOR COURT OF MUSCOGEE COUNTY

**STATE OF GEORGIA**
**FULTON COUNTY**

PERSONALLY APPEARED before me, the undersigned officer duly authorized by law to administer oaths, C. Shane Keith, who being first duly sworn, on oath deposes and says that he is an attorney for United Rentals, Inc. and United Rentals (North America), Inc. in the above-styled case. Deponent further says on oath that, as such attorney, he has filed a copy of the Notice of Removal with the Clerk of the Superior Court of Muscogee County, Georgia.

[Signatures on Following Page]

1 of 2

This ⊥⁄ day of July, 2011.

_____
C. Shane Keith
Georgia Bar No. 411317

Sworn to and subscribed to
before me this ⊥⁄ day of July, 2011.

_____
Notary Public
My Commission Expires:

DEBBIE ALLBRITTON
NOTARY
EXPIRES
GEORGIA
JUNE 19, 2012
PUBLIC
DOUGLAS COUNTY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JEFFERY FLUELLEN,                    )      CIVIL ACTION
                                     )
                Plaintiff,           )      FILE NO: _____
vs.                                  )
                                     )
UNITED RENTALS, INC.,                )
                                     )
                Defendant.           )

## NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

TO:   Thomas M. Flournoy, Jr.
      814 First Ave.
      Columbus, GA 31901

      YOU ARE HEREBY notified of the filing of a Petition for Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of entitled Jeffery Fluellen v. United Rentals, Inc., Civil Action File No. SU11CV2233-74, Superior Court of Muscogee County, in accordance with the provisions of Section 1446, Title 28 of the United States Code.  A copy of said Petition is attached hereto.

Respectfully submitted this 14th day of July, 2011,

**HAWKINS PARNELL**
**THACKSTON & YOUNG, LLP**

_____
Warner S. Fox
Georgia Bar No. 272654
C. Shane Keith
Georgia Bar No. 411317
Counsel for Defendant United
Rentals, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
(404) 614-7400

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JEFFERY FLUELLEN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | FILE NO: _____ |
| vs. | ) | |
| | ) | |
| UNITED RENTALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel in the foregoing matter with a copy of the foregoing **NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

Thomas M. Flournoy, Jr.
814 First Ave.
Columbus, GA 31901

Respectfully submitted this 4th day of July, 2011,

HAWKINS PARNELL
THACKSTON & YOUNG, LLP


_____
Warner S. Fox
Georgia Bar No. 272654
C. Shane Keith
Georgia Bar No. 411317
Counsel for Defendant United
Rentals, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
(404) 614-7400

1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| JEFFERY FLUELLEN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | FILE NO: _____ |
| vs. | ) | |
| | ) | |
| UNITED RENTALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel in the foregoing matter with a copy of the foregoing **PETITION FOR REMOVAL** with Exhibit "A" attached thereto, together with Attorney's Affidavit, Affidavit of Filing in Superior Court of Muscogee County, and Notice of Filing by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

> Thomas M. Flournoy, Jr.
> 814 First Ave.
> Columbus, GA 31901

Respectfully submitted this 14th day of July, 2011.

HAWKINS PARNELL
THACKSTON & YOUNG, LLP

_____
Warner S. Fox
Georgia Bar No. 272654
C. Shane Keith
Georgia Bar No. 411317
Counsel for Defendant United
Rentals, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia   30308-3243
(404) 614-7400